MCGREGOR W. SCOTT
United States Attorney
VINCENTE TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARTIN HERNANDEZ,<br><br>                    Defendant. | CASE NO. 1:18-CR-00152-DAD-BAM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On September 30, 2019, defendant Martin Hernandez entered a guilty plea to Count Ten – Wire Fraud in violation of 18 U.S.C. § 1343 of the Indictment.

As part of his plea agreement with the United States, defendant Martin Hernandez agreed to forfeit voluntarily and immediately up to $450,000, less any forfeited funds as a money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1). See Defendant Hernandez's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a forfeiture money judgment against defendant Martin Hernandez in the amount of $450,000.

2. The above-referenced forfeiture money judgment is imposed based on defendant Martin Hernandez's conviction for violating 18 U.S.C. § 1343 (Count Ten). Said amount represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on

the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date: December 30, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Vincente Tennerelli
VINCENTE TENNERELLI
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Martin Hernandez in the amount of $450,000. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **December 31, 2019**

UNITED STATES DISTRICT JUDGE