HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br><br>MARTIN HERNANDEZ,<br><br>    *Defendant,* | Case No. 1:18-CR-00152-DAD-BAM<br><br>**APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |

Defendant, Martin Hernandez, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel.

Because Mr. Hernandez had retained counsel and is now seeking appointed counsel under General Order 595, the defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel.

Because General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act, based on review of the attached Financial Affidavit, it is respectfully recommended that this Court authorize CJA Panel Counsel to represent Mr. Hernandez on his compassionate release proceedings related to this case.

DATED: August 4, 2020                          */s /Eric V. Kersten*
                                                                ERIC V. KERSTEN
                                                                Assistant Federal Defender
                                                                Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**August 4, 2020**__ /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE