Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Martin Hernandez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No:  1:18-cr-000152 DAD |
|---|---|
| Plaintiff, | |
| | **SEALING ORDER: EXHIBIT 5 MEDICAL RECORDS** |
| MARTIN HERNANDEZ, | |
| Defendant. | |

     Counsel requests to file Exhibit 5, medical records of Martin Hernandez, under seal.  The records contain personal information.

Dated: August 26, 2020                             Respectfully submitted,

                                           s/s  Barbara Hope O'Neill
                                          Barbara Hope O'Neill
                                       Attorney for Martin Hernandez

**ORDER**

IT IS SO ORDERED.

Dated: **August 27, 2020**

UNITED STATES DISTRICT JUDGE