Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Martin Hernandez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Martin Hernandez,<br><br>  Defendant. | CASE No:  1:18-CR-00152-DAD<br><br>MOTION TO EXONERATE BOND<br><br>AND ORDER |

   On July 13, 2018, Martin Hernandez' sister Teresa Catalan posted a $80,000 property bond on his behalf.  It is requested that the Court exonerate the bond as Mr. Hernandez was sentenced on January 15, 2020.

April 15, 2021

                                        /s/Barbara Hope O'Neill
                                        Barbara Hope O'Neill
                                        Attorney for Martin Hernandez

**ORDER**

IT IS SO ORDERED that deed of trust #20181000760 be exonerated.

   Dated:  **April 16, 2021**                    _/s/ Dale A. Drozd_____
                                        UNITED STATES DISTRICT JUDGE

1