PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTIN HERNANDEZ,<br><br>　　　　Defendant. | CASE NO. 1:18-CR-00152-DAD-BAM<br><br>MOTION AND ORDER TO DISMISS SUPERVISED RELEASE PETITION WITHOUT PREJUDICE; VACATE STATUS CONFERENCE |

　　　　The United States of America, by and through Phillip A. Talbert, United States Attorney, and Henry Z. Carbajal III, Assistant United States Attorney, moves to dismiss the Supervised Release Violation Petition (Dkt. No. 62) without prejudice in the interest of justice. The U.S. Probation Office and the defendant, through counsel, have agreed to the dismissal without prejudice and do not oppose the instant motion.

　　　　The United States also requests the Court vacate the status conference in this matter set for July 15, 2022 at 2:00p.m. before the Honorable Stanley A. Boone.

Dated: July 11, 2022

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ Henry Z. Carbajal III
　　　　　　　　　　　　　　　　　　　　　HENRY Z. CARBAJAL III
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

ORDER

IT IS HEREBY ORDERED that the Supervised Release Violation Petition (Dkt. No. 62) is dismissed without prejudice in the interest of justice.

The status conference set for July 15, 2022 at 2:00p.m. before the Honorable Stanley A. Boone is VACATED.

IT IS SO ORDERED.

Dated:   **July 11, 2022**

_____
UNITED STATES DISTRICT JUDGE